Michael Cohen - #98066  
LAW OFFICES OF BRUCE E. KRELL  
Grove Law Building  
345 Grove Street  
San Francisco, CA 94102  
415/861-4414  
Fax: 415/431-4526  

E-filing

Attorney for Plaintiffs

ADR

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE FAMILY OF LELA KAYE HORNER: Harold Horner, Connie Britt, Andy Horner, Cheryl Horner, Larada Horner,<br><br>Plaintiffs,<br><br>vs.<br><br>Keystone America Inc., dba Jones and Lewis Clear Lake Memorial Chapel, and DOES 1-100,<br><br>Defendants. | No. C07-03441 WDB<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

DATED: June 28, 2007                LAW OFFICES OF BRUCE E. KRELL, INC.

By   /S/  
Michael Cohen

Consent to Proceed Before a United States Magistrate Judge