| | |
|---|---|
| Michael Cohen - #98066<br>LAW OFFICES OF BRUCE E. KRELL<br>Grove Law Building<br>345 Grove Street<br>San Francisco, CA 94102<br>415/861-4414<br>Fax: 415/431-4526 | E-filing    Original<br>FILED<br>6/29/07<br>Richard W. Wieking<br>Clerk, U.S. District Court<br>Northern District of California<br>Oakland |

Attorney for Plaintiffs

ADR

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE FAMILY OF LELA KAYE HORNER:<br>Harold Horner, Connie Britt, Andy Horner,<br>Cheryl Horner,<br><br>    Plaintiffs,<br><br>vs.<br><br>Keystone America Inc., dba Jones and Lewis<br>Clear Lake Memorial Chapel, and DOES 1-100,<br><br>    Defendants.<br>_____/ | No. C07-03441 WDB<br><br>**APPLICATION TO CONTINUE CASE**<br>**MANAGEMENT CONFERENCE** |

    I, MICHAEL COHEN, say:

    1.    I am an attorney licensed to practice in the United States District Court, Northern District of California, and am one of the attorneys for Plaintiffs. I know the following firsthand; and, if called upon to testify thereto, I could and would do so competently.

    2.    PLAINTIFFS hereby request continuance of the Case Management Conference, set for 10/2/07, at 4:00 P.M. at Courtroom 4, in Oakland, on the grounds that Plaintiffs have yet to serve the Summons and Complaint.

    3.    The reason is that Plaintiffs counsel also represent other claimants against the same Defendants and has been trying to settle the two cases simultaneously.

    4.    Nevertheless, Plaintiffs are now in process of serving the Defendants and expect service to occur within a week.

1

1      5.    Therefore, Plaintiffs respectfully request continuance of the Case Management
2  Conference, and consequent new Case Schedule dates to dates appropriate under these
3  circumstances.

4      I declare under penalty of perjury under the laws of the United States of America that the
5  foregoing is true and correct.

6  DATED: September 28, 2007        LAW OFFICES OF BRUCE E. KRELL, INC.

11          By_____
          Michael Cohen