UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE FAMILY OF LELA KAYE HORNER, et al, <br><br> Plaintiffs, <br><br> v. <br><br> KEYSTONE AMERICA, INC., et al. <br><br> Defendants. <br>_____/ | No. C 07-3441 WDB <br><br> ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE |

Plaintiffs filed this action on June 29, 2007. On September 28, 2007, Plaintiffs filed an Application to Continue Case Management Conference, because they have not yet served the Summons and Complaint on Defendants. The Court GRANTS Plaintiff's Application and continues the Case Management Conference, currently set for October 2, 2007, to **January 7, 2008, at 4:00 p.m.,** before the undersigned in Courtroom 4, 1301 Clay Street, Oakland, California 94612. Plaintiffs must file a Case Management Statement in compliance with the Civil Local Rules, and by no later than seven days prior to the Conference.

Plaintiffs must serve a copy of this Order on Defendants with the Summons and Complaint.

IT IS SO ORDERED.

Dated: October 1, 2007

_____
WAYNE D. BRAZIL
United States Magistrate Judge

Copies to:
Plaintiff, WD

1