HOWARD L. CHURCHILL, SB# 79872
  E-Mail: churchill@lbbslaw.com
ROBERT A. FORD, SB# 056311
  E-Mail:  ford@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
One Sansome Street
Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys for KEYSTONE AMERICA, INC. dba JONES AND LEWIS CLEAR LAKE
MEMORIAL CHAPEL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE FAMILY OF LELA KAYE HORNER: Harold Horner, Connie Britt, Andy Horner, Cherly Horner; <br><br> Plaintiffs, <br><br> v. <br><br> KEYSTONE AMERICA, INC., dba JONES AND LEWIS CLEAR LAKE MEMORIAL CHAPEL, and DOES 1-100, <br><br> Defendants. | CASE NO. C07-03441 WDB <br><br> **STIPULATION AND ORDER REGARDING EXTENSION OF TIME FOR DEFENDANTS TO ANSWER PLAINTIFFS' COMPLAINT** <br><br> **Case Management Conference** <br> Date:    **January 7, 2008** <br> Time:    **4:00 p.m.** <br> Dept:    **4** <br><br> ACTION FILED:    June 29, 2007 <br> TRIAL DATE:    Not Assigned |

    It is hereby stipulated between the parties that defendants KEYSTONE AMERICA, INC. dba JONES AND LEWIS CLEAR LAKE MEMORIAL CHAPEL shall have through and including December 5, 2007 to file and serve its Answer to plaintiffs' Complaint.

    The parties hereby stipulate and agree, and request that the Court order, that the answer by Defendants, KEYSTONE AMERICA, INC. dba JONES AND LEWIS CLEAR LAKE MEMORIAL CHAPEL, to plaintiffs' Complaint shall be filed and served on or before December 5, 2007.  The parties hereby file this stipulation in accordance with local rule 6-1(a).

///

///

///

-1-

STIPULATION AND ORDER REGARDING EXTENSION OF TIME
FOR DEFENDANTS TO ANSWER PLAINTIFFS' COMPLAINT

1   DATED: November 28, 2007        LEWIS BRISBOIS BISGAARD & SMITH, LLP

2

3

4                                   HOWARD E. CHURCHILL
                                    Attorney for Defendants

5

6   DATED: November 29, 2007        LAW OFFICE OF BRUCE E. KRELL

7

8                                   MICHAEL COHEN
                                    Attorney for Plaintiffs

9

10  **ORDER**

11      Defendants are granted an extension of time to respond to Plaintiffs' Complaint up to and

12  including December 5, 2007.

13

14

15                                  UNITED STATES DISTRICT COURT JUDGE
                                            Magistrate

16

17

18

19

20

21

22

23

24

25

26

27

28

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

4815-7085-4146.1                    -2-

**STIPULATION AND ORDER REGARDING EXTENSION OF TIME
FOR DEFENDANTS TO ANSWER PLAINTIFFS' COMPLAINT**