UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**MAGISTRATE JUDGE WAYNE D. BRAZIL**

CIVIL MINUTE ORDER

Date: January 7, 2008     Start Time:   4:04 pm     End Time:   4:37 pm

DOCKET NO.     C 07-3441 WDB

TITLE OF CASE     *Harold Horner, et al. v. Keystone American Inc., et al.*

APPEARANCES     For Plaintiffs:   Michael Cohen, Esq.

                For Defendant:  Howard Leigh Churchill, Esq.

FTR: 1/07/2008, 4:04 p.m.     Hearing:   (X) In Person  () Telephone

Court Clerk:     Hera Kim

PROCEEDINGS

[X] INITIAL STATUS CONFERENCE           [] SETTLEMENT CONFERENCE (1ST)
[] FOLLOW-UP STATUS CONFERENCE          [] FOLLOW-UP SETTLEMENT CONF.
[] PRETRIAL CONF. (NOT FINAL)           [] DISCOVERY CONF. (INFORMAL)
[] FINAL PRETRIAL CONFERENCE            [] DISCOVERY HEARING (FORMAL)
[] NONDISPOSITIVE MOTION                [] EXAM. OF JUDGMENT DEBTOR
                                        [] EVIDENTIARY HEARING

[] OTHER:


ORDER TO BE PREPARED BY:  () Plaintiff   () Defendant   (x) Court


**NOTES**

   Court conducted an Initial Case Management Conference.  See later-filed separate order.

   Defendant will notify Court as to whether it consents to assignment of this case to a Magistrate Judge.