United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD HORNER, et al. | No. C 07-3441 WDB |
| Plaintiffs, | **ORDER FOLLOWING INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| KEYSTONE AMERICAN INC. et al., | |
| Defendants. | |

On January 7, 2008, counsel for the parties appeared for an Initial Case Management Conference. Having heard counsel on how the action is likely to proceed and having reviewed the parties' Joint Case Management Statement, the Court sets the following dates:

1. Plaintiff will file a stipulation selecting ADR process by April 1, 2008.

2. A Further Case Management Conference will be held on May 7, 2008 at 1:30 pm. The parties shall file a joint Further Case Management Conference statement by 12:00 noon on May 2, 2008. If the matter settles before that date, the parties must promptly prepare and file dismissal papers and notify the Court by calling (510) 637-3324.

3. The parties may appear telephonically at the Further Case Management Conference before this Court. Plaintiff's counsel will initiate the conference call to defense

counsel, and will reach the courtroom by calling (510) 637-3909.

Defendant has reserved the issue of consent to magistrate judge for all purposes. Defendant shall file consent or declination to proceed before magistrate judge by January 18, 2008.

**IT IS SO ORDERED.**

Dated: January 11, 2008

_____
WAYNE D. BRAZIL
United States Magistrate Judge