HOWARD L. CHURCHILL, SB# 79872
E-Mail: churchill@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
One Sansome Street
Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys for KEYSTONE AMERICA, INC. dba JONES AND LEWIS CLEAR LAKE MEMORIAL CHAPEL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE FAMILY OF LELA KAYE HORNER: Harold Horner, Connie Britt, Andy Horner, Cherly Horner,<br><br>Plaintiffs,<br><br>v.<br><br>KEYSTONE AMERICA, INC., dba JONES AND LEWIS CLEAR LAKE MEMORIAL CHAPEL, and DOES 1-100,<br><br>Defendants. | CASE NO. C07-03441<br><br>NOTICE OF CONSENT TO MAGISTRATE WAYNE D. BRAZIL FOR ALL PURPOSES |

Defendant, KEYSTONE AMERICA, INC. dba JONES AND LEWIS CLEAR LAKE MEMORIAL CHAPEL, hereby consents to Magistrate Wayne D. Brazil to act as the judge for all purposes in this case.

DATED: January 16, 2008            Respectfully submitted,

LEWIS BRISBOIS BISGAARD & SMITH LLP

By /s/ Howard L. Churchill
Howard L. Churchill
Attorneys for KEYSTONE AMERICA, INC. dba JONES AND LEWIS CLEAR LAKE MEMORIAL CHAPEL

4825-1437-4146.1                          -1-

## CALIFORNIA STATE COURT PROOF OF SERVICE

*The Family of Lela Kaye Horner v. Keystone America, Inc., et al.* - File No. 50027-847
*United States District Court - Oakland*

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

At the time of service, I was over 18 years of age and not a party to the action. My business address is One Sansome Street, Suite 1400, San Francisco, California 94104.

On January 18, 2008, I served the following document(s): NOTICE OF CONSENT TO MAGISTRATE WAYNE D. BRAZIL FOR ALL PURPOSES

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

SEE ATTACHED SERVICE LIST

The documents were served by the following means:

[X]    (BY FAX TRANSMISSION) Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed above. No error was reported by the fax machine that I used. A copy of the record of the fax transmission containing the time, date, and sending fax machine telephone number, which I printed out, is attached.

[X]    (BY U.S. MAIL) I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and (specify one):

[ ]    Deposited the sealed envelope or package with the U.S. Postal Service, with the postage fully prepaid.

[X]    Placed the envelope or package for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, on the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service, in a sealed envelope of package with the postage fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on January 18, 2008, at San Francisco, California.

Dawn Gravely

4816-7847-6546.1

# SERVICE LIST

*United States District Court, Northen District of California*
*Case No. CO7-03441*

Michael Cohen, Esq.
LAW OFFICE OF BRUCE E. KRELL
345 Grove Street
San Francisco, California 94102
Tel.: 415.861.4414
Fax: 415.431.4526
**ATTORNEYS FOR PLAINTIFFS**

4816-7847-6546.1