1  HOWARD L. CHURCHILL, SB# 79872
   E-Mail: churchill@lbbslaw.com
2  ANDJE MOROVICH, SB#251288
   E-Mail: morovich@lbbslaw.com
3  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   One Sansome Street
4  Suite 1400
   San Francisco, California 94104
5  Telephone: (415) 362-2580
   Facsimile: (415) 434-0882
6
   Attorneys for KEYSTONE AMERICA, INC. dba
7  JONES AND LEWIS CLEAR LAKE MEMORIAL CHAPEL

8                    UNITED STATES DISTRICT COURT

9         NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

10

11 | THE FAMILY OF LELA KAYE HORNER: | CASE NO. C07-03441
   | Harold Horner, Connie Britt, Andy Horner, |
12 | Cherly Horner, |
   | | STIPULATION TO ALLOW DEFENDANT
13 | Plaintiffs, | KEYSTONE AMERICA, INC. dba JONES
   | | AND LEWIS CLEAR LAKE MEMORIAL
14 | v. | CHAPEL TO FILE A CROSS-
   | | COMPLAINT
15 | KEYSTONE AMERICA, INC., dba JONES |
   | AND LEWIS CLEAR LAKE MEMORIAL |
16 | CHAPEL, and DOES 1-100, |
   | |
17 | Defendants. |

18

19     The parties to the above-entitled action stipulate as follows:

20     In the preceding Case Management Conference, the Court sent the parties out with the
21 instructions to do basic discovery without prejudice to complete additional discovery at a later time
22 with an eye for a possible early mediation. In response, Defendant, KEYSTONE AMERICA, INC.
23 dba JONES AND LEWIS CLEAR LAKE MEMORIAL CHAPEL (herein after referred to as
24 "KEYSTONE") has served basic written discovery on the parties and has received responses to that
25 discovery. Additionally, the current parties have exchanged documents which the parties believe, at
26 this point, constitute a complete exchange.
27     In addition to the foregoing, the deposition of Michael Murphy, the owner of Mullare, Murphy
28 Funeral Home, located in Trinidad, Colorado, has been completed. Mr. Murphy's deposition

4842-4404-5314.1                    -1-
                                STIPULATION

1  transcript has been forwarded to Defendant KEYSTONE'S consultant in this matter. Based upon the
2  consultant's review of the deposition transcript, it is KEYSTONE'S consultant's view that a cause of
3  action exists against Mullare, Murphy Funeral Home for indemnification and/or contribution as a
4  joint tortfeasor.
5      The parties further Stipulate that a motion to serve and file a Third-Party Complaint shall be
6  waived notwithstanding FRCP 14(a).
7      SO STIPULATED.
8  DATED: July 18, 2008        LEWIS BRISBOIS BISGAARD & SMITH LLP

10                                               By _____
11                                                 Andje Morovich
                                                Attorneys for KEYSTONE AMERICA, INC. DBA
12                                                 JONES AND LEWIS CLEAR LAKE MEMORIAL
                                                CHAPEL
13 DATED: July __, 2008        LAW OFFICE OF BRUCE E. KRELL

15                                                 By _____
                                                Michael Cohen, Esq.
16                                                 Attorneys for Plaintiffs, FAMILY OF LELA KAYE
                                                HORNER

19     GOOD CAUSE APPEARING,
20     It is hereby Ordered that the Proposed Third-Party Complaint for Indemnification, Contribution
21 and Declaratory Relief, appended hereto as Exhibit A, shall be filed and served within the next thirty
22 (30) days.
23     SO ORDERED.
24 DATED:
                                                _____
25                                                 Honorable Wayne D. Brazil,
                                                UNITED STATE DISTRICT COURT MAGISTRATE

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

4842-4404-5314.1                        -2-
                             STIPULATION

transcript has been forwarded to Defendant KEYSTONE'S consultant in this matter. Based upon the consultant's review of the deposition transcript, it is KEYSTONE'S consultant's view that a cause of action exists against Mullare, Murphy Funeral Home for indemnification and/or contribution as a joint tortfeasor.

The parties further Stipulate that a motion to serve and file a Third-Party Complaint shall be waived notwithstanding FRCP 14(a).

SO STIPULATED.

DATED: July 18, 2008         LEWIS BRISBOIS BISGAARD & SMITH LLP

                             By _____
                             Andje Morovich
                             Attorneys for KEYSTONE AMERICA, INC. DBA
                             JONES AND LEWIS CLEAR LAKE MEMORIAL
                             CHAPEL

DATED: July 25, 2008         LAW OFFICE OF BRUCE E. KRELL

                             By _____
                             Michael Cohen, Esq.
                             Attorneys for Plaintiffs, FAMILY OF LELA KAYE
                             HORNER

GOOD CAUSE APPEARING,

It is hereby Ordered that the Proposed Third-Party Complaint for Indemnification, Contribution and Declaratory Relief, appended hereto as Exhibit A, shall be filed and served within the next thirty (30) days.

SO ORDERED.

DATED: 8-3-08               _____
                             Honorable Wayne D. Brazil,
                             UNITED STATE DISTRICT COURT MAGISTRATE

4842-4404-5314.1
-2-
STIPULATION