✎ AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of California

Keystone America, Inc. dba Jones and Lewis Clear Lake
Memorial Chapel                                        )
                    Third-Party Plaintiff               )
                                                        )     Civil Action No. C07-03441  WDB
v.                                                      )
Mullare Murphy Funeral Home, Inc. a Colorado           )
Corporation, and ROES 1-100,                           )
                    Third-Party Defendant              )

### Summons in a Civil Action
### ON THIRD PARTY COMPLAINT

To: MULLARE MURPHY FUNERAL HOME

    *Third Party  (Defendant's name)*

A lawsuit has been filed against you.

    Within ~~30~~ 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:     \Third Party Plaintiff's

LEWIS BRISBOIS BISGAARD & SMITH LLP

ANDJE MOROVICH, ESQ. (SBN: 251288)

One Sansome Street, Suite 1400

San Francisco, CA  94104

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

AUG - 8 2008

Date: _____

                            Richard W. Wieking
                            Name of clerk of court

                     **JESSIE MOSLEY**

                            Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

NDCAO440