AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| Keystone America, Inc. dba Jones and Lewis Clear Lake Memorial Chapel <br> Third-Party Plaintiff | ) ) ) |
| v. | ) Civil Action No. C07-03441 WDB |
| Mullare Murphy Funeral Home, Inc. a Colorado Corporation, and ROES 1-100, <br> Third-Party Defendant | ) ) ) |

**Summons in a Civil Action**
ON THIRD PARTY COMPLAINT

To: MULLARE MURPHY FUNERAL HOME

  *Third Party (Defendant's name)*

A lawsuit has been filed against you.

Within ~~30~~ 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the ~~plaintiff's~~ \Third Party Plaintiff's attorney, whose name and address are:

LEWIS BRISBOIS BISGAARD & SMITH LLP
ANDJE MOROVICH, ESQ. (SBN 251288)
One Sansome Street, Suite 1400
San Francisco, CA 94104

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

JESSIE MOSLEY
Deputy clerk's signature

Date: AUG - 8 2008

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

NDCAO440

## RETURN OF SERVICE

State of __Colorado__    County of __Las Animas__

I declare under oath that I served this summons, a copy of the complaint in this case, and a blank answer form, on the Defendant in __Las Animas__ County, State of __Colorado__, on __8/11/08__ (date), at __10:32 AM__ (time), at the following location: __335 East Main Street, Trinidad, CO 81082__

☒ by handing them to a person identified to me as the defendant, __Thomas Murphy__
☐ by identifying these documents, offering to deliver them and then leaving them with a person identified to me as the defendant, _____, who refused service.
☐ by leaving them at the defendant's usual place of abode with _____ a member of the defendant's family who is over the age of 18.
☐ by leaving them at the defendant's usual place of business with _____ the defendant's secretary, bookkeeper or chief clerk.
☐ by leaving them with _____ who as _____ (name), _____ (title) is authorized to receive service of process for the defendant.
☐ by serving them as follows (other service permitted by CRCP 304): _____

☐ I have made diligent efforts but have been unable to make personal service on the defendant and I have made service of the within summons, complaint and answer by posting a copy of them in a conspicuous place upon the premises described therein.
☒ I am over the age of 18 years and am not interested in nor a party to this case.
☐ I attempted to serve the defendant on _____ occasions but have not been able to locate the defendant. Return to the plaintiff is made on _____ (date).

__8/12/08__
Date

Signature _____ B10648

☐ Private Process Server
☒ Sheriff, __Las Animas__ County
Service: $ _____ Mileage: $ _____

Subscribed and sworn to before me on __8/12/08__ (date).

My commission expires: __05/20/10__

Melinda A San Roman
Notary Public

AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of California

Keystone America, Inc. dba Jones and Lewis Clear Lake Memorial Chapel )
    Third-Party Plaintiff )
v. ) Civil Action No. C07-03441 WDB
Mullare Murphy Funeral Home, Inc. a Colorado Corporation, and ROES 1-100, )
    Third-Party Defendant )

**Summons in a Civil Action**
ON THIRD PARTY COMPLAINT

To: MULLARE MURPHY FUNERAL HOME
    *Third Party (Defendant's name)*

A lawsuit has been filed against you.

Within ~~30~~ 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the ~~plaintiff's~~ attorney, whose name and address are: \Third Party Plaintiff's

LEWIS BRISBOIS BISGAARD & SMITH LLP
ANDJE MOROVICH, ESQ. (SBN) 251288)
One Sansome Street, Suite 1400
San Francisco, CA 94104

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

AUG - 8 2008

Date: _____

Richard W. Wieking
Name of clerk of court

**JESSIE MOSLEY**

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

NDCAO440

HOWARD L. CHURCHILL, SB# 79872
    E-Mail: churchill@lbbslaw.com
ANDJE MOROVICH, SB# 251288
    E-Mail: morovich@lbbslaw.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
One Sansome Street Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys for KEYSTONE AMERICA, INC. dba
JONES AND LEWIS CLEAR LAKE MEMORIAL CHAPEL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| THE FAMILY OF LELA KAYE HORNER: Harold Horner, Connie Britt, Andy Horner, Cherly Horner,<br><br>Plaintiffs,<br><br>v.<br><br>KEYSTONE AMERICA, INC., dba JONES AND LEWIS CLEAR LAKE MEMORIAL CHAPEL, and DOES 1-100,<br><br>Defendants.<br><br>KEYSTONE AMERICA, INC. dba JONES AND LEWIS CLEAR LAKE MEMORIAL CHAPEL,<br><br>Cross-Complainants,<br><br>v.<br><br>MULLARE, MURPHY FUNERAL HOME, INC. a Colorado Corporation, and ROES 1-100,<br><br>Cross-Defendants. | CASE NO. C07-03441 WDB<br><br>**DEFENDANT'S CROSS-COMPLAINT FOR INDEMNITY AGAINST MULLARE MURPHY FUNERAL HOME FOR:**<br><br>1. Total Equitable Indemnification;<br>2. Apportionment of Fault/ Contribution;<br>3. Declaratory Relief<br><br>[Filed concurrently with Stipulation to Allow Cross-Complaint] |

COMES NOW Cross-Complainants KEYSTONE AMERICA, INC. dba JONES AND LEWIS CLEAR LAKE MEMORIAL CHAPEL ("Cross-Complainants"), who hereby complain and allege, as follows:

4840-4586-4194.1

-1-

DEFENDANT'S CROSS-COMPLAINT FOR INDEMNITY
AGAINST MULLARE, MURPHY FUNERAL HOME INC.