1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   STEVEN D. WASSERMAN  Bar No. 88291
2  MARK J. HANCOCK  Bar No. 160662
   ERIK R. SEIDLITZ  Bar No. 237535
3  One Market Plaza
   Steuart Tower, 8th Floor
4  San Francisco, California 94105
   Telephone: (415) 781-7900
5  Facsimile: (415) 781-2635

6  Attorneys for Third-Party Defendant
   MULLARE MURPHY FUNERAL HOME
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | THE FAMILY OF LELA KAYE          | CASE NO. C07-03441 WDB
   | HORNER; Harold Horner, Connie Britt,
12 | Andy Horner, Cheryl Horner,       | **STIPULATION TO EXTENSION OF TIME WITHIN WHICH TO RESPOND TO**
13 |         Plaintiffs,              | **THIRD-PARTY COMPLAINT**

14    v.

15 KEYSTONE AMERICA, INC., DBA
   JONES AND LEWIS CLEAR LAKE
16 MEMORIAL CHAPEL, and DOES 1-100,

17         Defendants.

18 KEYSTONE AMERICA, INC., DBA
19 JONES AND LEWIS CLEAR LAKE
   MEMORIAL CHAPEL,
20
           Third-Party Plaintiff,
21
      v.
22
   MULLARE MURPHY FUNERAL HOME
23
           Third-Party Defendant.
24

25     Pursuant to Local Rule 6-1(a), third-party plaintiff Keystone America, Inc., dba Jones and

26 Lewis Clear Lake Memorial Chapel ("Keystone") and third-party defendant Mullare Murphy

27 Funeral Home ("Mullare") by and through their attorneys of record, as set forth below, hereby

28 stipulate and agree to an extension of the time within which Mullare must file a response to

1  Keystone's third-party complaint from September 2, 2008, to and including September 23, 2008.
2  Mullare reserves and does not in any way waive by the execution or filing of this Stipulation the
3  right to assert any defenses to Keystone's third-party complaint.

5  DATED: September 22, 2008        LEWIS BRISBOIS BISGAARD & SMITH LLP

8  By: _____
    Andje Morovich
    Attorneys for Third-Party Plaintiff
9   KEYSTONE AMERICA, INC., dba
    JONES AND LEWIS CLEAR LAKE MEMORIAL
10  CHAPEL

12  DATED: September 22, 2008        SEDGWICK, DETERT, MORAN & ARNOLD LLP

15  By: _____
    Erik R. Seidlitz
    Attorneys for Third-Party Defendant
16  MULLARE MURPHY FUNERAL HOME