1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   STEVEN D. WASSERMAN  Bar No. 88291
2  MARK J. HANCOCK  Bar No. 160662
   ALISON WILLIAMS  Bar No. 251689
3  STEVEN.WASSERMAN@SDMA.COM
   MARK.HANCOCK@SDMA.COM
4  ALISON.WILLIAMS@SDMA.COM
   One Market Plaza
5  Steuart Tower, 8th Floor
   San Francisco, California 94105
6  Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
7
   Attorneys for Cross-Defendant
8  Mullare Murphy Funeral Home, Inc.

9  MICHAEL COHEN - #98066                         HOWARD L. CHURCHILL, SB# 79872
   LAW OFFICES OF BRUCE E. KRELL                    E-Mail: churchill@lbbslaw.com
10 Grove Law Building                             ANDJE MOROVICH, SB# 251288
   345 Grove Street                                 E-Mail: morovich@lbbslaw.com
11 San Francisco, CA 94102                        LEWIS BRISBOIS BISGAARD & SMITH LLP
   415/861-4414                                   One Sansome Street Suite 1400
12 Fax: 415/431-4526                              San Francisco, CA 94104
                                                  Telephone: (415) 362-2580
13 Attorney for Plaintiffs                        Facsimile: (415) 434-0882
   The Family of Lela Kaye Horner
14                                                Attorneys for Defendant/Cross-Claimant
                                                  Keystone America, Inc. dba Jones and Lewis
15                                                Clear Lake Memorial Chapel

16

17                          UNITED STATES DISTRICT COURT

18                         NORTHERN DISTRICT OF CALIFORNIA

19

| | |
|---|---|
| THE FAMILY OF LELA KAYE HORNER: Harold Horner, Connie Britt, Andy Horner, Cheryl Horner,<br><br>Plaintiff,<br><br>v.<br><br>KEYSTONE AMERICA, INC. dba JONES AND LEWIS CLEAR LAKE MEMORIAL CHAPEL, and DOES 1-100,<br><br>Defendant. | CASE NO. C07-03441 WDB<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Judge:  Hon. Wayne D. Brazil<br>Ctrm:   4, 3rd Floor |

1  KEYSTONE AMERICA, INC. dba
   JONES AND LEWIS CLEAR LAKE
2  MEMORIAL CHAPEL,

3      Cross-Claimant,

4      v.

5  MULLARE MURPHY FUNERAL
   HOME, INC., a Colorado Corporation, and
6  ROES 1-100,

7      Cross-Defendant.

8

9      Pursuant to Local Rules 7-12 and 16-2(e), plaintiffs The Family Of Lela Kay Horner,

10  defendant/cross-claimant Keystone America, Inc. dba Jones and Lewis Clear Lake Memorial

11  Chapel ("Keystone"), and cross-defendant Mullare Murphy Funeral Home, Inc. ("Mullare-

12  Murphy") (collectively, the "parties"), by and through their respective counsel, hereby stipulate

13  as follows:

14      WHEREAS a case management conference in this case is currently scheduled for

15  November 3, 2008;

16      WHEREAS the hearing on Mullare-Murphy's motion to dismiss Keystone's cross-

17  complaint for lack of personal jurisdiction has been noticed for December 17, 2008, which was

18  the first available hearing date;

19      WHEREAS the parties believe that the case management conference will be most

20  effective if it is held after it is known whether Mullare-Murphy will remain a party in this action;

21      NOW, THEREFORE, the parties hereby stipulate and agree to the issuance of an order

22  rescheduling the case management conference presently set for 1:30 p.m. on November 3, 2008,

23  to a date and time of the court's choosing following the court's determination of Mullare-

24  Murphy's motion to dismiss..

25      IT IS SO AGREED AND STIPULATED.

26

27  [signatures on following page]

28  ///

SEDGWICK
DETERT, MORAN & ARNOLD LLP

SF/1538199v1

-2-
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

CASE NO. C07-03441 WDB

| | |
|---|---|
| DATED: _____ | LAW OFFICES OF BRUCE E. KRELL |
| | By:_____<br>Michael Cohen<br>Attorney for Plaintiff<br>THE FAMILY OF LELA KAYE HORNER |
| DATED: _____ | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| | By:_____<br>Howard L. Churchill<br>Andje Morovich<br>Attorneys for Defendant/Cross-Claimant<br>KEYSTONE AMERICA, INC., dba<br>JONES AND LEWIS CLEAR LAKE MEMORIAL CHAPEL |
| DATED: 10-15-08 | SEDGWICK, DETERT, MORAN & ARNOLD LLP |
| | By: /s/ Alison A. Williams<br>Steven D. Wasserman<br>Mark J. Hancock<br>Alison Williams<br>Attorneys for Cross-Defendant<br>Mullare-Murphy Funeral Home, Inc. |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____    _____
                                  Hon. Wayne D. Brazil
                                  United States Magistrate Judge

1  DATED: 10-14-08            LAW OFFICES OF BRUCE E. KRELL

2                              **Michael Cohen**
                               Digitally signed by Michael Cohen
                               DN: cn=Michael Cohen, o=Attorney at Law, ou,
                               email=mikecohen@sprintmail.com, c=US
                               Date: 2008.10.14 16:32:10 -07'00'
3                              By:_____
                               Michael Cohen
4                              Attorney for Plaintiff
                               THE FAMILY OF LELA KAYE HORNER

5

6

7  DATED: _____     LEWIS BRISBOIS BISGAARD & SMITH LLP

8

9                             By:_____
                              Howard L. Churchill
10                            Andje Morovich
                              Attorneys for Defendant/Cross-Claimant
11                            KEYSTONE AMERICA, INC., dba
                              JONES AND LEWIS CLEAR LAKE MEMORIAL
12                            CHAPEL

13

14 DATED: _____     SEDGWICK, DETERT, MORAN & ARNOLD LLP

15

16                            By:_____
                              Steven D. Wasserman
17                            Mark J. Hancock
                              Alison Williams
18                            Attorneys for Cross-Defendant
                              Mullare-Murphy Funeral Home, Inc.

19

20

21       PURSUANT TO STIPULATION, IT IS SO ORDERED.

22

23 Dated: _____        _____

24                               Hon. Wayne D. Brazil
                                 United States Magistrate Judge

25

26

27

28

SF/1538199v1

-3-                              CASE NO. C07-03441 WDB
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

```
 1  DATED: _____        LAW OFFICES OF BRUCE E. KRELL
 2
 3                                 By:_____
                                      Michael Cohen
 4                                    Attorney for Plaintiff
                                      THE FAMILY OF LELA KAYE HORNER
 5
 6
 7  DATED:  10/2/08                LEWIS BRISBOIS BISGAARD & SMITH LLP
 8
 9                                 By:_____
                                      Howard L. Churchill
10                                    Andje Morovich
                                      Attorneys for Defendant/Cross-Claimant
11                                    KEYSTONE AMERICA, INC., dba
                                      JONES AND LEWIS CLEAR LAKE MEMORIAL
12                                    CHAPEL
13
14  DATED: _____        SEDGWICK, DETERT, MORAN & ARNOLD LLP
15
16                                 By:_____
                                      Steven D. Wasserman
17                                    Mark J. Hancock
                                      Alison Williams
18                                    Attorneys for Cross-Defendant
                                      Mullare-Murphy Funeral Home, Inc.
19
20
21      PURSUANT TO STIPULATION, IT IS SO ORDERED.
                                                     The Court will hold the case
22  management conference on December 17, 2008, at
    3:00 p.m., if necessary.
23  Dated:  October 27, 2008         _____
                                     Hon. Wayne D. Brazil
24                                   United States Magistrate Judge
```