IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE FAMILY OF LELA KAYE HORNER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KEYSTONE AMERICA INC.,<br><br>　　　　Defendant.<br>_____/ | No. C 07-03441 WDB<br><br>**ORDER DIRECTING JURY COMMISSIONER TO FURNISH DAILY REFRESHMENTS** |

**IT IS HEREBY ORDERED** that the United States District Court Jury Commissioner will furnish daily refreshments for the members of the jury in the above-captioned matter at the expense of the United States effective September 17, 2009, to the end of deliberations.

**IT IS SO ORDERED.**

Dated: September 3, 2009

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　WAYNE D. BRAZIL
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

G:\WDBLC2\2009\Horner Trial\Order jury refreshments.wpd