HOWARD L. CHURCHILL, SB# 79872
   E-Mail: churchill@lbbslaw.com
ANDJE MOROVICH MEDINA, SB# 251288
   E-Mail: morovich@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys for KEYSTONE AMERICA, INC. dba
JONES AND LEWIS CLEAR LAKE MEMORIAL CHAPEL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| THE FAMILY OF LELA KAYE HORNER: Harold Horner, Connie Britt, Andy Horner, Cherly Horner, <br><br> Plaintiffs, <br><br> v. <br><br> KEYSTONE AMERICA, INC., dba JONES AND LEWIS CLEAR LAKE MEMORIAL CHAPEL, and DOES 1-100, <br><br> Defendants. <br>_____ <br> KEYSTONE AMERICA, INC. dba JONES AND LEWIS CLEAR LAKE MEMORIAL CHAPEL, <br><br> Cross-Complainants, <br><br> v. <br><br> MULLARE, MURPHY FUNERAL HOME, INC. a Colorado Corporation, and ROES 1-100, <br><br> Cross-Defendants. <br>_____ | CASE NO. C07-03441 WDB <br><br> [~~PROPOSED~~] **ORDER ALLOWING DEFENDANT TO BRING ELECTRONIC EQUIPMENT TO TRIAL** <br><br> Trial Date: September 16, 2009 <br> Trial Time: 8:00 a.m <br> Trial Dept: 4 |

Defendant KEYSTONE AMERICA, INC. dba JONES AND LEWIS CLEAR LAKE MEMORIAL CHAPEL is authorized to bring the following equipment to trial in Department 4 beginning September 16, 2009 and continuing until trial is completed.

4833-6971-9300.1

**LIST OF ITEMS**

1. IBM Thinkpad laptop, Lenovo T400, SF Laptop 8 and accompanying power cord and mouse. Black bag.

2. Sanyo Prowide Multiverse Projector and accompanying power cord, USB cord, video out cord, and remote control. Black bag.

3. Apollo Projector Screen 5'5 and carrying case.

IT IS SO ORDERED.

Dated: 9/14/2009



Mag. _____
Judge Wayne D. Brazil

IT IS SO ORDERED
Judge Wayne D. Brazil