IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD HORNER, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>KEYSTONE AMERICA INC.,<br><br>Defendant. | No. C 07-03441 WDB<br><br>**ORDER SETTING HEARING DATE AND SHORTENING TIME ON PLAINTIFFS' MOTION FOR ATTORNEYS' FEES** |

Due to the unavailability of the undersigned Magistrate Judge on the date noticed by Plaintiffs for hearing on their motion for attorneys' fees (docket no. 124), IT IS HEREBY ORDERED that the hearing on Plaintiffs' motion for attorneys' fees is advanced to Wednesday, November 4, 2009, at 3:00 p.m., in Courtroom 4, 3rd Floor, United States Courthouse, 1301 Clay Street, Oakland, California 94612.

IT IS FURTHER ORDERED that Defendant must file an opposition to Plaintiffs' motion by no later than Monday, October 19, 2009. IT IS FINALLY ORDERED that Plaintiffs may file a reply by no later than Friday, October 23, 2009.

**IT IS SO ORDERED.**

Dated: October 8, 2009

TIMOTHY J. BOMMER
United States Magistrate Judge